UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ORGANIC SACRAMENTO; and
BETTER URBAN GREEN STRATEGIES,

        NO. CIV. S-05-1574 MCE/GGH

    Plaintiffs,

  v.                                  O R D E R

SACRAMENTO-YOLO MOSQUITO
AND VECTOR CONTROL DISTRICT,

    Defendant.
_____/

    At 4:30 p.m. on August 9, 2005, the court held oral argument on plaintiffs' motion for a temporary restraining order. The court finds that there is an insufficient showing of imminent harm relative to the risk to human health, and accordingly the motion is denied.

    IT IS SO ORDERED.

    DATED: August 9, 2005.

                                    /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT