SOMACH, SIMMONS & DUNN
A Professional Corporation
PAUL S. SIMMONS, ESQ. (SBN: 127920)
MICHAEL E. VERGARA, ESQ. (SBN: 137689)
ROBERTA L. LARSON, ESQ. (SBN: 191705)
DANIEL KELLY, ESQ. (SBN: 215051)
813 Sixth Street, Third Floor
Sacramento, CA  95814
Telephone:  (916) 446-7979
Facsimile:   (916) 446-8199

Attorneys for Respondent/Defendant
SACRAMENTO-YOLO MOSQUITO AND VECTOR CONTROL DISTRICT


IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| ORGANIC SACRAMENTO; and BETTER URBAN GREEN STRATEGIES,<br><br>              Petitioners and Plaintiffs,<br><br>   vs.<br><br>SACRAMENTO-YOLO MOSQUITO AND VECTOR CONTROL DISTRICT,<br><br>              Respondent and Defendant. | Case No. CIV. S-05-1574 LLK/GGH<br><br>NOTICE OF SUBSTITUTION OF ATTORNEYS FOR SACRAMENTO-YOLO MOSQUITO AND VECTOR CONTROL DISTRICT |


TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Respondent and Defendant SACRAMENTO-YOLO

MOSQUITO AND VECTOR CONTROL DISTRICT hereby seeks the Court's approval of the

following proposed substitution of their attorneys of record pursuant to Civil Local Rule 83-

128(g).

Respondent and Defendant hereby substitute  as their attorney of record the law firm of Somach, Simmons & Dunn, 813 Sixth Street, Third Floor, Sacramento, CA 95814, telephone (916) 446-7979, facsimile (916) 446-8199, as their attorneys of record in the place of the law firm of Bartkiewicz, Kronick & Shanahan, 1011 22nd Street, Suite 100, Sacramento, CA 95816.

We approve this substitution.

SACRAMENTO-YOLO MOSQUITO AND VECTOR
CONTROL DISTRICT

DATE:  August 30, 2005              By:_____/s/ David A. Brown_____
                                        David A. Brown, Manager

We accept this substitution.

SOMACH, SIMMONS & DUNN
A Professional Corporation

DATE:  August 26, 2005              By:_____/s/ Michael E. Vergara_____
                                        Michael E. Vergara

I consent to this substitution.

BARTKIEWICZ, KRONICK & SHANAHAN

DATE:  August 29, 2005                    By:_____/s/ Richard P. Shanahan_____
                                                    Richard P. Shanahan

**ORDER**

IT IS SO ORDERED.

DATE:  September 12, 2005                    /s/Lawrence K. Karlton
                                                    Lawrence K. Karlton
                                                    Senior Judge